**MIKE YELLEN**
**CHRISTY K. ALBINSON**
**SHELBY HOSANA**
P.O. Box 10465
Hilo, HI. 96721
808-756-5586
yellensfree@yahoo.com

<u>In Pro Se</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| **MIKE YELLEN, et al.,** § | Case No. 1:25-cv-00002 JAO/RT | |
| § | | |
| Plaintiff, § | **PLAINTIFFS' SUBMISSION OF** | |
| § | **THEIR FIRST AMENDED CIVIL** | |
| vs. § | **RIGHTS COMPLAINT WITH JURY** | |
| § | **DEMAND PURSUANT TO FRCP,** | |
| **JOE BIDEN, et al.,** § | **RULE 15(A)(1)(B) AS A MATTER** | |
| § | **OF COURSE** | |
| Defendants. § | | |

Plaintiffs, appearing in pro se hereby files and service a submission of their first amended civil rights complaint, pursuant to Rule 15(a)(1)(B), of the Federal Rules of Civil Procedure.

Defendants have not filed a response to Plaintiff's complaint, only a motion to dismiss, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs should be given an opportunity to amend as a matter of course. Sharkey v. O'Neal, 778 F.3d 767 (9th Cir. 2015).

The only Defendant that this may not apply to is Johnson & Johnson since they filed there motion to dismiss on December 26, 2024, but if this Court would read Sharkey, supra it quotes Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962). Id. 371 U.S. at 182, 83 S.Ct. 227, holing "Rule 15(a) declares that leave to amend shall be freely given when justice so requires; this mandate is to be heeded." Showing that Plaintiffs submission of their First Amended Complaint is proper.

Plaintiffs would point out that they submitted a motion to voluntary dismiss Defendant Johnson & Johnson from the instant cause of action without prejudice in the event the Magistrate Judge wants to use this a reason again to not accept Plaintiffs First Amended Complaint as a matter of course, which would be in violation of FRCP. Rule 15 and this Circuit Court precedence, and the United States Supreme Court.

Plaintiffs First Amended Complaint should be filed.

DATED: this 27th day of January, 2025.


/s/ Mike Yellen
Mike Yellen
In Pro Se

/s/ Christy K. Albinson
Christy K. Albinson
In Pro Se

/s/ Shelby Hosana
Shelby Hosana
In Pro Se


/s/ Saraha Bowes
Saraha Bowes
In Pro Se

/s/ Devon Bowes
Devon Bowes
In Pro Se

/s/ Grale P. DeKneef
Grale P. DeKneef
In Pro Se


/s/ Dustin I. DeKneef
Dustin I. DeKneef
In Pro Se

/s/ Anthony L. Archer
Anthony L. Archer
In Pro Se

/s/ Caleb Sollars
Caleb Sollars
In Pro Se

| | | |
|---|---|---|
| /s/  Bronson DeKneef<br>Bronson DeKneef<br>In Pro Se | /s/  Cesar Escobar<br>Cesar Escobar<br>In Pro Se | /s/  Diane Best<br>Diane Best<br>In Pro Se |
| /s/  David Hathaway<br>David Hathaway<br>In Pro Se | /s/  James T. Williams<br>James T. Williams<br>In Pro Se | /s/  Edith Colon<br>Edith Colon<br>In Pro Se |
| /s/  Gustave Link<br>Gustave Link<br>In Pro Se | /s/  Jasmine Y. Arango<br>Jasmine Y. Arango<br>In Pro Se | /s/  Julie Lowden<br>Julie Lowden<br>In Pro Se |
| /s/  Justin C. Leslie<br>Justin C. Leslie<br>In Pro Se | /s/  Karen J. Christoffersen<br>Karen J. Christoffersen<br>In Pro Se | /s/  Kar Magalhaes<br>Kar Magalhaes<br>In Pro Se |
| /s/  Laurie S. Miller (Skimmerhorn)<br>Laurie S. Miller (Skimmerhorn)<br>In Pro Se | /s/  Kendall L. Keller<br>Kendall L. Keller<br>In Pro Se | /s/  Leland Hathaway<br>Leland Hathaway<br>In Pro Se |
| /s/  Vanessa Browne<br>Vanessa Browne<br>In Pro Se | /s/  Melissa A. Fassett<br>Melissa A. Fassett<br>In Pro Se | /s/  Nichelle DeKneef<br>Nichelle DeKneef<br>In Pro Se |
| /s/  Richard Taber<br>Richard Taber<br>In Pro Se | /s/  Sharon Hathaway<br>Sharon Hathaway<br>In Pro Se | /s/  Steve Malcolm<br>Steve Malcolm<br>In Pro Se |
| /s/  Talan DeKneef-Perez<br>Talan DeKneef-Perez<br>In Pro Se | /s/  Lexus DeKneef-Perez<br>Lexus DeKneef-Perez<br>In Pro Se | /s/  Terran Correa<br>Terran Correa<br>In Pro Se |
| /s/ Michelle E. Williams<br>Michelle E. Williams<br>In Pro Se | /s/ Julie Lowden<br>Julie Lowden<br>In Pro Se | /s/ Amber Coyle<br>Amber Coyle<br>In Pro Se |

| | | |
|---|---|---|
| /s/ Amy Blair<br>Amy Blair<br>In Pro Se | /s/ Diana Frank<br>Diana Frank<br>In Pro Se | /s/ Caren Mongeau<br>Caren Mongeau<br>In Pro Se |
| /s/ Angela Minelli<br>Angela Minelli<br>In Pro Se | /s/ Christie Zedar<br>Christie Zedar<br>In Pro Se | /s/ Edward Burke<br>Edward Burke<br>In Pro Se |
| /s/ Holly Sheldon-Lee<br>Holly Sheldon-Lee<br>In Pro Se | /s/ Gerson Sandoval<br>Gerson Sandoval<br>In Pro Se | /s/ Hesse A. Papach<br>Hesse A. Papach<br>In Pro Se |
| /s/ Jaleen Borom<br>Jaleen Borom<br>In Pro Se | /s/ Joshua Dukes<br>Joshua Dukes<br>In Pro Se | /s/ Joshua Gandy<br>Joshua Gandy<br>In Pro Se |
| /s/ Melisa Overcash<br>Melisa Overcash<br>In Pro Se | /s/ Laurie Miller<br>Laurie Miller<br>In Pro Se | /s/ Lelani Bright<br>Lelani Bright<br>In Pro Se |
| /s/ Lloyd Kinder<br>Lloyd Kinder<br>In Pro Se | /s/ Patti Rubinstein<br>Patti Rubinstein<br>In Pro Se | /s/ Lori Havey<br>Lori Havey<br>In Pro Se |
| /s/ Mara Nehdar<br>Mara Nehdar<br>In Pro Se | /s/ Marilya Tate<br>Marilya Tate<br>In Pro Se | /s/ Sheri Harrey<br>Sheri Harrey<br>In Pro Se |
| /s/ Richard Taber<br>Richard Taber<br>In Pro Se | /s/ Suzanne Holdwick<br>Suzanne Holdwick<br>In Pro Se | /s/ Sophia Hart<br>Sophia Hart<br>In Pro Se |
| /s/ Tracy Curtis<br>Tracy Curtis<br>In Pro Se | /s/ Warren Sollers<br>Warren Sollers<br>In Pro Se | /s/ Suzanne Shelton<br>Suzanne Shelton<br>In Pro Se |

| | | |
|---|---|---|
| /s/ Greg Jones<br>Greg Jones<br>In Pro Se | /s/ Jessican Montana<br>Jessican Montana<br>In Pro Se | /s/ Paul Wilkerson<br>Paul Wilkerson<br>In Pro Se |
| /s/ Tracy Juris<br>Tracy Juris<br>In Pro Se | /s/ Bradley S. White<br>Bradley S. White<br>In Pro Se | |